United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 30, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 03-30540
Summary Calendar

———————————————

NELDA CHESSEMAN,,

                              Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

                              Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CV-1887
--------------------

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:[*]

     Nelda Chesseman appeals the district court's decision
affirming the determination by the Commissioner of Social
Security that she is not disabled within the meaning of the
Social Security Act.  Chesseman argues that the administrative
law judge's determination that she was not disabled is based on
errors of law and is not supported by the evidence.

———————————————————

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Having reviewed the record and briefs on appeal, we conclude that the administrative law judge applied the correct legal standard in determining whether Chesseman was disabled, and the administrative law judge's decision is supported by substantial evidence.  See Ripley v. Chater, 67 F.3d 552, 555 (5th Cir. 1995).

The judgment of the district court is AFFIRMED.